**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
**AT SEATTLE**

RAVI SUBRAMANIAN
CLERK OF COURT
700 STEWART ST.
SEATTLE, WA 98101

November 26, 2025

**ISBELL ET AL V BEBE STORES INC**
Case # 2:25−cv−02388−GJL

The court has received your case documents and has identified the following items to be addressed.
**Please note:** Any underlined points of reference below will contain a link to the source materials.

> **Attorney Admission**
> Counsel Andrew K. Murray is/are not admitted to practice in the US District Court, Western District of Washington. Counsel must submit a Petition for Admission. After you have been admitted to practice before this Court, please promptly file a Notice of Appearance in this case pursuant to LCR 83.2. Questions about this process should be directed to the Attorney Admission Clerk at 206−370−8400 or WAWD_Admissions@wawd.uscourts.gov.
>
> **Civil Cover Sheet Omitted**
> Pursuant to the requirements outlined in Local Civil Rule 3(a), a Civil Cover Sheet is required at the time of filing. This form should be electronically filed as soon as possible by going to **Other Documents** and selecting **Civil Cover Sheet**.

*Please call the Attorney Case Opening Helpdesk at 206−370−8787 if you have any additional questions.*

Thank you.

cc: file