HON. BARBARA ROTHSTEIN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KELLY ISBELL and HALEY HENDERSON, on their own behalf and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BEBE STORES, INC.<br><br>Defendant. | No. 2:25-cv-02388-BJR<br><br>**ORDER GRANTING JOINT MOTION TO SET BRIEFING DEADLINES AND AMEND THE CASE SCHEDULE** |

Pursuant to Plaintiffs Kelly Isbell and Haley Henderson ("Plaintiffs"), and Defendant Bebe Stores, Inc. ("Defendant") (collectively, the "Parties"), Joint Motion to Set Briefing Deadlines and Amend the Case Schedule, and for good cause shown, the Court hereby ORDERS that:

1.   Defendant shall file its Motion to Dismiss on or before January 16, 2026;

2.   Plaintiffs shall file their Response to Motion to Dismiss on or before February 20, 2026;

3.   Defendant shall file its Reply in Support of Motion to Dismiss on or before March 6, 2026;

JOINT MOTION TO SET BRIEFING DEADLINES
AND AMEND THE CASE SCHEDULE - 1
No. 2:25-cv-02388-BJR

**DORSEY & WHITNEY LLP**
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

IT IS FURTHER ORDERED that the existing case deadlines shall be extended as follows:

| Date | Item |
|---|---|
| April 1, 2026 | Rule 26 Conference Deadline |
| April 8, 2026 | Initial Disclosure Due |
| April 15, 2025 | Combined Joint Status Report and Discovery Plan Due |

DATED this 19th day of December, 2025

Barbara Jacobs Rothstein
U.S. District Court Judge

JOINT MOTION TO SET BRIEFING DEADLINES
AND AMEND THE CASE SCHEDULE - 2
No. 2:25-cv-02388-BJR

DORSEY & WHITNEY LLP
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820