HON. BARBARA ROTHSTEIN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KELLY ISBELL and HALEY HENDERSON, on their own behalf and on behalf of others similarly situated,

Plaintiffs,

and

STATE OF WASHINGTON,

Plaintiff-Intervenor,

vs.

BEBE STORES, INC.

Defendant.

No. 2:25-cv-02388-BJR

**ORDER GRANTING JOINT MOTION TO AMEND THE CASE SCHEDULE**

Pursuant to Plaintiffs Kelly Isbell and Haley Henderson ("Plaintiffs"), and Defendant Bebe Stores, Inc. ("Defendant") (collectively, the "Parties"), Joint Motion to Amend the Case Schedule, and for good cause shown, the Court hereby ORDERS that the existing case deadlines shall be extended as follows:

| Date | Item |
| --- | --- |
| April 24, 2026 | Rule 26 Conference Deadline |
| May 1, 2026 | Initial Disclosure Due |

ORDER TO AMEND THE CASE SCHEDULE - 1
No. 2:25-cv-02388-BJR

**DORSEY & WHITNEY LLP**
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

| May 8, 2026 | Combined Joint Status Report and Discovery Plan Due |

DATED this 27th day of March, 2026

Barbara    Jacobs    Rothstein
U.S. District Court Judge

ORDER TO AMEND THE CASE SCHEDULE - 2
No. 2:25-cv-02388-BJR

**DORSEY & WHITNEY LLP**
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

## CERTIFICATE OF SERVICE

I hereby certify that on this date I caused the foregoing to be served on the following counsel of record by the method indicated:

Samuel J, Strauss, WSBA #46971
Strauss Borrelli PLLC
980 N. Michigan Avenue, Suite 1610
Chicago, IL 60611
sam@straussborrelli.com

☐ Via Messenger
☐ Via Facsimile
☐ Via U.S. Mail
☐ Via Electronic Mail
☒ Via ECF Notification

Lynn A. Toops
Natalie A. Lyons
Ian R. Bensberg
Cohenmalad, LLP
One Indiana Square, Suite 1400
Indianapolis, IN 46204
ltoops@cohenmalad.com
nlyons@cohenmalad.com
ibensberg@cohenmalad.com

Michael C. Tackeff
Stranch, Jennings & Garvey, PLLC
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
mtackeff@stranchlaw.com
*Attorneys for Plaintiffs*

Bryan Brysacz
Robert Hyde
Claire McNamara
Attorney General of Washington
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
ben.brysacz@atg.wa.gov
robert.hyde@atg.wa.gov
claire.mcnamara@atg.wa.gov
*Attorneys for Plaintiff-Intervenor
State of Washington*

☐ Via Messenger
☐ Via Facsimile
☐ Via U.S. Mail
☐ Via Electronic Mail
☒ Via ECF Notification

Dated this 26th day of March, 2026.

*/s/ Hannah Sutherland*
Hannah Sutherland, Legal Assistant

ORDER TO AMEND THE CASE SCHEDULE - 3
No. 2:25-cv-02388-BJR

**DORSEY & WHITNEY LLP**
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820